


Order Filed on August 19, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

In Re:

MARCIA SATCHELL,
DEBTOR(S)

Case No.: 19-17150

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 5/13/19 :

Property: 20 THOMAS STREET, BLOOMFIELD, NJ

Creditor: MIDFIRST BANK

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by DEBTORS, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by ____________________________, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including 11/13/19 .

The Loss Mitigation Period is terminated, effective ____________________________________ .

*Revised 9/19/13*