UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

In Re:

MARCIA SATCHELL,
DEBTOR(S)

Order Filed on November 20,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:           19-17150

Chapter:              13

Judge:                JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20,
2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____8/19/19_____ :

Property:    20 THOMAS STREET, BLOOMFIELD, NJ

Creditor:    MIDFIRST BANK

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTORS_____,
  and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/13/20_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2