Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  19−17150−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia M Satchell
   aka Marcia Satchell
   20 Thomas Street
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4662

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      6/11/20
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$1,550.00

EXPENSES
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows: POT PLAN

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 15, 2020
JAN:

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17150-JKS
Marcia M Satchell                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 6         Date Rcvd: May 15, 2020
                            Form ID: 137             Total Noticed: 228

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
```
db          +Marcia M Satchell,    20 Thomas Street,    Bloomfield, NJ 07003-2381
518170400   +Agatha Satchell,    20 Thomas Street,    Bloomfield, NJ 07003-2381
518170403    American Express,    PO Box 297812,    Ft. Lauderdale, FL 33329-7812
518170402   +American Express,    P0 Box 8218,    Mason, OH 45040-8218
518170401   +American Express,    Correspondence,    P0 Box 981540,    El Paso, TX 79998-1540
518170404   +American Express,    2965 W. Corporate Lakes Blvd.,    Fort Lauderdale, FL 33331-3626
518170409    Bank of America,    PO Box 650260,    Dallas, TX 75265
518170408    Bank of America,    PO Box 220411,    Greensboro, NC 27420
518170410    Bank of America,    4461 Piedmont Parkway,    Greensboro, NC 27410
518170411   +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
518170412   +Barclays Bank,    125 South West Street,    Wilmington, DE 19801-5014
518170414   +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518170413   +Barclays Bank Delaware,    Attn: Correspondence,    P0 Box 8801,    Wilmington, DE 19899-8801
518170415   +Barclays Bank Delaware,    PO Box 8833,    Wilmington, DE 19899-8833
518170416   +Bureau of Housing Inspection,    PO Box 810,    Trenton, NJ 08625-0810
518170470   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Home Depot,    Processing Center,    Des Moines, IA 50364)
518300112    CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
518170420   +Capital One Auto,    PO Box 261930,    Plano, TX 75026-1930
518170424   +Capital One Bank , NA,    PO Box 21887,    Saint Paul, MN 55121-0887
518293589    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518170438   +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
518170434   +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
518170433   +Citibank,    P0 Box 6217,    Sioux Falls, SD 57117-6217
518170432   +Citibank,    Centralized Bankruptcy,    P0 Box 790034,    St Louis, MO 63179-0034
518308266   +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518170436   +Citibank/The Home Depot,    P0 Box 6497,    Sioux Falls, SD 57117-6497
518170435   +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    P0 Box 790034,
             St Louis, MO 63179-0034
518170437   +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
518170439   +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
518170453   +Credit First National,    PO Box 81344,    Cleveland, OH 44188-0001
518170455   +Credit First National Association,    6275 Eastland Rd,    Brookpark, OH 44142-1399
518170454   +Credit First National Association,    Attn: Bankruptcy,    P0 Box 81315,
             Cleveland, OH 44181-0315
518170456   +Credit First, N.A.,    PO Box 81410,    Cleveland, OH 44181-0410
518170459   +Diversified Adjustment Services,    600 Coon Rapids Blvd,    Minneapolis, MN 55433-5549
518170461   +Dsnb Bloomingdales,    9111 Duke Blvd,    Mason, OH 45040-8999
518170460    Dsnb Bloomingdales,    Attn: Recovery 'Bk',    P0 Box 9111,    Mason, OH 45040
518170468   +First Electronic Bank,    P0 Box 4499,    Beaverton, OR 97076-4499
518170477   +HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
518170476   +HSBC,    PO Box 98706,    Las Vegas, NV 89193-8706
518170479   +HUD,    PO Box 105664,    Atlanta, GA 30348-5664
518170469   +Holding Inc.,    50 South 16th Street,    Suite 2050,    Philadelphia, PA 19102-2516
518170474   +Hospital Center at Orange,    Attn: Brown, Karosen, et. al.,    112 Broad St.,
             Bloomfield, NJ 07003-2576
518170473   +Hospital Center at Orange,    PO Box 23272,    Newark, NJ 07189-0001
518170482   +IDT,    PO Box 27894,    Newark, NJ 07101-7894
518170485   +JC Penny,    PO Box 981463,    El Paso, TX 79998-1463
518170483   +James Mayer, ESQ.,    PO Box 35,    Westwood, NJ 07675-0035
518170484   +James Meyer, ESQ.,    223 Old Hook Road,    P0 Box 35,    Westwood, NJ 07675-0035
518170490   +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
518170492   +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Collingswood, NJ 08108-2812
518170491   +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
518170504   +MCI,    3470 Rider Trail South,    Earth City, MO 63045-1109
518170498    Macy's,    PO Box 183083,    Columbus, OH 43218-3083
518170497   +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
518170499   +Macy's Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
518170501   +Macy's Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
518170502    Macy's Visa,    P0 Box 90098,    West Chester, OH 45071
518170503   +Macy's Visa,    P0 Box 9001108,    Louisville, KY 40290-1108
518305365   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518170507   +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
518170505   +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
518170506   +Midfirst Bank,    3232 West Reno,    Oklahoma City, OK 73107-6130
518170508    Midfirst Bank Corporation,    99 NW Grand Blvd,    Suite 100,    Oklahoma City, OK 73118
518170509   +Midfirst Bank NA,    501 NW Grand Boulevard,    Oklahoma City, OK 73118-6037
518170511   +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
518170510    Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
518170512   +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
518170513   +Mitchell Kay, Esq.,    7 Penn Plaza,    New York, NY 10001-3967
518170514   +Montclair Radiology,    4 Brighton Road,    Suite 200,    Clifton, NJ 07012-1665
518170516   +Montclair Radiology Associates,    116 Park Street,    Montclair, NJ 07042-2930
518170515   +Montclair Radiology Associates,    20 High Street,    Nutley, NJ 07110-1198
```

```
District/off: 0312-2           User: admin             Page 2 of 6            Date Rcvd: May 15, 2020
                               Form ID: 137            Total Noticed: 228


518170517      +Mountainside Hospital,    PO Box 1330,     Mountainside, NJ 07092
518170519      +Mountainside Hospital,    PO Box 30700,    New York, NY 10087-0700
518170518      +Mountainside Hospital,    PO Box 35612,    Newark, NJ 07199-0001
518170520      +Nationwide Credit,    2015 Vaughn Road,     STE 400,    Kennesaw, GA 30144-7802
518170521      +Nationwide Credit, Inc.,     PO Box 740640,    Atlanta, GA 30374-0640
518241958       PSE&G,    Attn: Bankruptcy Dept.,     PO Box 709,    Newark NJ 07101-0709
518170542      +PSEG,   PO Box 14444,    New Brunswick, NJ 08906-4444
518170541       PSEG,   PO Box 14104,    New Brunswick, NJ 08906-4104
518170545       PSEG,   P0 Box 14106,    New Brunswick, NJ 08906
518170527      +Patrick Sterling,    20 Thomas Street,     Bloomfield, NJ 07003-2381
518170540      +Proponent Federal Union FCU,     536 Washington Avenue,     Nutley, NJ 07110-3600
518170550      +RJM,    575 Under Hill Blvd.,    Syosset, NY 11791-3426
518170551       RJM,    PO Box 18006,    Hauppauge, NY 11788
518170546      +Ralston Williams,    20 Thomas Street,     Bloomfield, NJ 07003-2381
518170547      +Resurgent,    PO Box 1410,    Troy, MI 48099-1410
518170552      +Sacred Heart School,    683 Bloomfield Avenue,     Bloomfield, NJ 07003-2592
518170553      +Santander Consumer USA,    5201 Rufe Snow Drive,     Suite 400,
                 North Richland Hills, TX 76180-6036
518170554      +Santander Financial Services,    8585 N. Stemmons Freeway,     Dallas, TX 75247-3822
518170555      +Santander Financial Services, Inc.,     8585 North Stemmons Freeway,    Suite 100- North,
                 Dallas, TX 75247-3822
518170556      +Sears Credit Card,    PO Box 183082,    Columbus, OH 43218-3082
518170557      +Sears Credit Card,    P0 Box 78051,    Phoenix, AZ 85062-8051
518170558      +Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
518170559      +Sonia Satchell,    20 Thomas Street,    Bloomfield, NJ 07003-2381
518170563       State of New Jersey,    Bureau of Housing Inspection,     PO Box 810,    Trenton, NJ 08625-0810
518170565      +State of New Jersey,    Depart of Community Affairs,     101 South Broad Street,    PO Box 810,
                 Trenton, NJ 08625-0810
518170564      +State of New Jersey,    Depart of Community Affairs,     101 South Broad Street,
                 Trenton, NJ 08608-2401
518170572      +Synchrony Bank,    P0 Box 30253,    Salt Lake City, UT 84130-0253
518170594     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,      P0 Box 2730,    Torrance, CA 90509)
518170583      +Target,    P0 Box 673,    Minneapolis, MN 55440-0673
518170582      +Target,   C/O Financial & Retail Services,     PO Box 9475,    Minneapolis, MN 55440-9475
518170584      +Target,    3901 West 53rd St.,    Sioux Falls, SD 57106-4221
518170586      +Target Card Services,    PO Box 660170,     Dallas, TX 75266-0170
518170590      +The Furniture King,    116 Broad Street,     Elizabeth, NJ 07201-2302
518170592      +Township of Bloomfield,    1 Municipal Plaza,     Attn: Water / Sewer Department,
                 Bloomfield, NJ 07003-3470
518170591      +Township of Bloomfield,    1 Municipal Plaza,     Bloomfield, NJ 07003-3470
518170593      +Township of Bloomfield NJ,     1 Municipal Plaza,    Attn: Water / Sewer Department,
                 Bloomfield, NJ 07003-3470
518170598      +US Bank Custodian for Actlien,     Holding Inc.,    50 South 16th Street,    Suite 2050,
                 Philadelphia, PA 19102-2516
518170597      +Us Bank,    2 Liberty Place,    50 South 16th Street,    Suite 1950,    Philadelphia, PA 19102-2521
518170599       Us Bank Custodian NA,    50th South 16th Street,     Suite 1950,    Philadelphia, PA 19102
518170606      +Visa Dept Store National Bank/Macy's,     Po Box 8218,    Mason, OH 45040-8218
518170605      +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    P0 Box 8053,    Mason, OH 45040-8053
518170609      +Waypoint Resource Group,    301 Sundance Pakway,     Round Rock, TX 78681-8004
518170608      +Waypoint Resource Group,    Po Box 8588,     Round Rock, TX 78683-8588
518170607      +Waypoint Resource Group,    Attn: Bankruptcy,     P0 Box 1081,    San Antonio, TX 78294-1081
518170612      +Wells Fargo Bank,    7000 Vista Drive,     West Des Moines, IA 50266-9310
518170611      +Wells Fargo Bank,    PO Box 29746,    Phoenix, AZ 85038-9746
518170613      +Wells Fargo Bank,    420 Montgomery Street,     San Francisco, CA 94104-1298
518170610      +Wells Fargo Bank,    Attn: National Asset Recovery,     PO Box 701,    Chesterfield, MO 63006-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:52:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2020 22:58:54
                 CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON,      4515 N SANTA FE AVE,
                 OKLAHOMA CITY, OK 73118-7901
518170471       E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2020 22:52:05      Honda,
                 National Service Center,    PO Box 165378,     Irving, TX 75016
518170398      +E-mail/Text: EBNProcessing@afni.com May 15 2020 22:52:05      Afni,    404 Brook Drive,
                 PO Box 3517,    Bloomington, IL 61702-3517
518170399      +E-mail/Text: EBNProcessing@afni.com May 15 2020 22:52:05      Afni,    PO Box 3427,
                 Bloomington, IL 61702-3427
518170406      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:09:47      American InfoSource LP,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
518170405      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:10:00      American Infosource Lp,
                 P0 Box 248848,    Oklahoma City, OK 73124-8848
518170407      +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:38       B-Line, LLC,
                 2101 Fourth Avenue, Suite 1030,     Seattle, WA 98121-2317
518170419       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:10       Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
```

```
District/off: 0312-2          User: admin             Page 3 of 6              Date Rcvd: May 15, 2020
                              Form ID: 137            Total Noticed: 228


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518170422      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:57:29       Capital One Bank,
               15000 Capital One Drive,    Richmond, VA 23238
518170418     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:51       Capital One,
               Attn: Bankruptcy,    P0 Box 30285,    Salt Lake City, UT 84130-0285
518170421     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 15 2020 22:57:40       Capital One Auto,
               3905 North Dallas Parkway,    Plano, TX 75093-7893
518187504     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2020 22:57:30
               Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518170423     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:53
               Capital One Bank ( USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518170425     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:10       Capital One, NA,
               Capital One Bank (USA) N.A.,    P0 Box 30285,    Salt Lake City, UT 84130-0285
518170441     +E-mail/Text: documentfiling@lciinc.com May 15 2020 22:50:35       Comcast,    800 Rahway Avenue,
               Union, NJ 07083-6691
518170440     +E-mail/Text: documentfiling@lciinc.com May 15 2020 22:50:35       Comcast,    PO Box 1809,
               Union, NJ 07083-1809
518170442     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:39       Comenity,    PO Box 183003,
               Columbus, OH 43218-3003
518170443     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:40       Comenity Bank,
               Attn: Bankruptcy,    P0 Box 182125,    Columbus, OH 43218-2125
518170447     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:39       Comenity Bank,
               Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518170446     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:40       Comenity Bank,
               P0 Box 182789,    Columbus, OH 43218-2789
518170451     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:40       Comenity Capital,
               Attn:  Bankruptcy Department,    P0 Box 182125,    Columbus, OH 43218-2125
518170452     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:40       Comenitycapital/modell,
               Po Box 182120,    Columbus, OH 43218-2120
518170457      E-mail/Text: G06041@att.com May 15 2020 22:52:15       Directv,    PO Box 78626,
               Phoenix, AZ 85062
518308079      E-mail/Text: bnc-quantum@quantum3group.com May 15 2020 22:51:49
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
518170458     +E-mail/Text: G06041@att.com May 15 2020 22:52:15       Directv,    PO Box 5007,
               Carol Stream, IL 60197-5007
518170462     +E-mail/Text: bnc-bluestem@quantum3group.com May 15 2020 22:52:21       Fingerhut,
               Attn: Bankruptcy,    P0 Box 1250,    Saint Cloud, MN 56395-1250
518170464     +E-mail/Text: bnc-bluestem@quantum3group.com May 15 2020 22:52:21       Fingerhut,    PO Box 5033,
               Sioux Falls, SD 57117-5033
518170463     +E-mail/Text: bnc-bluestem@quantum3group.com May 15 2020 22:52:21       Fingerhut,
               6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518170465     +E-mail/Text: bnc-bluestem@quantum3group.com May 15 2020 22:52:21       Fingerhut Credit Card,
               Attn: Axsys National Bank,    PO Box 5033,    Sioux Falls, SD 57117-5033
518170466      E-mail/Text: bnc-bluestem@quantum3group.com May 15 2020 22:52:21       Fingerhut, Inc.,
               PO Box 900,    St. Cloud, MN 56395-0900
518170467     +E-mail/Text: bankruptcy@firstelectronic.com May 15 2020 22:52:36       First Electronic Bank,
               Attn: Bankruptcy,    P0 Box 521271,    Salt Lake City, UT 84152-1271
518170480     +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov May 15 2020 22:58:08       HUD,    451 7th Street SW,
               Washington, DC 20410-0002
518170478     +E-mail/Text: james.r.shear@hud.gov May 15 2020 22:52:28       HUD,    52 Corporate Circle,
               Albany, NY 12203-5166
518170481     +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov May 15 2020 22:58:08       HUD,    451 7th Street SW,
               Room B-133,    Washington, DC 20410-0002
518170472      E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2020 22:52:05       Honda Finance,    PO Box 7870,
               Philadelphia, PA 19101-7870
518170475     +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov May 15 2020 22:58:08
               Housing and Urban Development,    451 Seventh Street SW,    Washington, DC 20410-0002
518170486     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:42       JCPenny,    P0 Box 981131,
               El Paso, TX 79998-1131
518170487      E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2020 22:52:10       Jefferson Capital,
               PO Box 23051,    Columbus, GA 31902
518170488      E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2020 22:52:10       Jefferson Capital Systems,
               PO Box 953185,    Saint Louis, MO 63195
518170489      E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2020 22:52:10       Jefferson Capital Systems, LLC,
               16 McLeland Road,    Saint Cloud, MN 56303
518170426      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:58:49       Cardmember Services,
               P0 Box 8650,    Wilmington, DE 19899
518170429      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:57:26       Chase Bank,
               2500 Westfield Drive,    Elgin, IL 60124
518170427      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:57:26       Chase Bank,
               P0 Box 15153,    Wilmington, DE 19886
518170428      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:58:07       Chase Bank,
               PO Box 659732,    San Antonio, TX 78265
518170430      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:58:07       Chase Card Services,
               Attn: Bankruptcy,    P0 Box 15298,    Wilmington, DE 19850
518170431      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:58:08       Chase Card Services,
               P0 Box 15298,    Wilmington, DE 19850
```

```
District/off: 0312-2              User: admin              Page 4 of 6              Date Rcvd: May 15, 2020
                                  Form ID: 137             Total Noticed: 228


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518170494      +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:17      Kohl's,    PO Box 3084,
                 Milwaukee, WI 53201-3084
518170493      +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:17      Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
518170495      +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:17      Kohls/Capital One,
                 Kohls Credit,    P0 Box 3120,    Milwaukee, WI 53201-3120
518170496      +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:17      Kohls/Capital One,
                 N56 W 17000 Ridgewood Drive,     Menomonee Falls, WI 53051-5660
518186734       E-mail/Text: documentfiling@lciinc.com May 15 2020 22:51:08       COMCAST,    PO BOX 1931,
                 Burlingame, CA 94011
518297869       E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:39       LVNV Funding, LLC,
                 Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
518252267      +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518170523      +E-mail/Text: bnc@nordstrom.com May 15 2020 22:51:22       Nordstrom Bank,    PO Box 79137,
                 Phoenix, AZ 85062-9137
518170524      +E-mail/Text: bnc@nordstrom.com May 15 2020 22:51:22       Nordstrom FSB,    Attn: Bankruptcy,
                 P0 Box 6555,    Englewood, CO 80155-6555
518170525      +E-mail/Text: bnc@nordstrom.com May 15 2020 22:51:22       Nordstrom FSB,    13531 E. Caley Ave,
                 Englewood, CO 80111-6505
518170526      +E-mail/Text: bnc@nordstrom.com May 15 2020 22:51:23       Nordstrom Visa,    PO Box 78310,
                 Phoenix, AZ 85062-8310
518170530       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
518170532       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery,    140 Corporate Blvd.,    Ste. 1,    Norfolk, VA 23502
518170533       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,    Norfolk, VA 23541
518306975       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     C/Ocapital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518711316       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
518711317       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
518307017       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     c/o Barclaycard,    POB 41067,    Norfolk VA 23541
518306942       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     c/o Gap,    POB 41067,    Norfolk VA 23541
518307002       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
518306961       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     c/o Lord And Taylor,    POB 41067,    Norfolk VA 23541
518307021       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     c/o New York & Company,    POB 41067,    Norfolk VA 23541
518307015       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,     c/o Tjx Rewards Credit Card,    POB 41067,
                 Norfolk VA 23541
518170536       E-mail/Text: collections@profcu.org May 15 2020 22:50:35       Proponent Fcu,
                 536 Washington Avenue,    Nutley, NJ 07110
518170539       E-mail/Text: collections@profcu.org May 15 2020 22:50:35       Proponent Federal CU,
                 536 Washington Avenue,    Nutley, NJ 07110
518170537       E-mail/Text: collections@profcu.org May 15 2020 22:50:35       Proponent Federal Credit Union,
                 536 Washington Avenue,    Nutley, NJ 07110
518170544      +E-mail/Text: bankruptcy@pseg.com May 15 2020 22:50:36       PSEG,    PO Box 490,
                 Cranford, NJ 07016-0490
518170543       E-mail/Text: bankruptcy@pseg.com May 15 2020 22:50:36       PSEG,    PO Box 790,
                 Cranford, NJ 07016-0790
518170528      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery,    P0 Box 41021,    Norfolk, VA 23541-1021
518170535      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, L.L.C.,     PO Box 12914,    Norfolk, VA 23541-0914
518280988       E-mail/Text: bnc-quantum@quantum3group.com May 15 2020 22:51:49
                 Quantum3 Group LLC as agent for,    Genesis Consumer Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
518294103       E-mail/Text: bnc-quantum@quantum3group.com May 15 2020 22:51:48
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
518294100       E-mail/Text: bnc-quantum@quantum3group.com May 15 2020 22:51:48
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
518170548      +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:59:00       Resurgent Capital,
                 PO Box 10587,    Greenville, SC 29603-0587
518170549      +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:58:19
                 Resurgent Capital Services, L.P.,     15 S. Main St., Ste. 600,    Greenville, SC 29601-2768
518170522       E-mail/Text: appebnmailbox@sprint.com May 15 2020 22:51:56       Nextel Communications,
                 PO Box 17621,    Baltimore, MD 21297
```

```
District/off: 0312-2          User: admin               Page 5 of 6                  Date Rcvd: May 15, 2020
                              Form ID: 137              Total Noticed: 228


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518170561       +E-mail/Text: appebnmailbox@sprint.com May 15 2020 22:51:56      Sprint PCS,    PO Box 105243,
                 Atlanta, GA 30348-5243
518170560       +E-mail/Text: appebnmailbox@sprint.com May 15 2020 22:51:57      Sprint PCS,    PO Box 8077,
                 London, KY 40742-8077
518170569       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:57:18       Synchrony Bank,
                 Attn: Bankruptcy,    P0 Box 956060,    Orlando, FL 32896-0001
518170566       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:57:19       Synchrony Bank,
                 Attn:  Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
518170573       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:43       Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
518174029       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:04       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518170575       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:03       Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
518170574       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:41       Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
518170567       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:57:16       Synchrony Bank,    PO Box 965024,
                 Orlando, FL 32896-5024
518170577       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:42       Synchrony Bank,    P0 Box 965005,
                 Orlando, FL 32896-5005
518170571       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:04       Synchrony Bank,    Po Box 965015,
                 Orlando, FL 32896-5015
518170576       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:41       Synchrony Bank,    P0 Box 965007,
                 Orlando, FL 32896-5007
518296641       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:44       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021
518170580        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 15 2020 22:58:39         T-Mobile,
                 Bankruptcy,    PO Box 37380,    Albuquerque, NM 87176
518170581        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 15 2020 22:57:14
                 T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015
518170588        E-mail/Text: bankruptcy@td.com May 15 2020 22:52:01      TD Banknorth,    Operations Center,
                 P0 Box 1377,    Lewiston, ME 04243
518170587        E-mail/Text: bankruptcy@td.com May 15 2020 22:52:01      Td Bank N.a.,    32 Chestnut Street,
                 Lewiston, ME 04240
518252208       +E-mail/Text: bncmail@w-legal.com May 15 2020 22:52:06       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,     2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
518292065       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:10:00        Verizon,
                 by American InfoSource as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518170600       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2020 22:50:29
                 Verizon,    PO Box 15124,    Albany, NY 12212-5124
518170601       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2020 22:50:29
                 Verizon Bankruptcy,    500 Technology Drive,     Saint Charles, MO 63304-2225
518170603       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2020 22:50:29
                 Verizon Bankruptcy South,    PO Box 25087,    Wilmington, DE 19899-5087
518170604       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2020 22:50:29
                 Verizon Online,    PO Box 12045,    Trenton, NJ 08650-2045
518170614        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:39
                 World Financial Network Bank,     PO Box 659584,    San Antonio, TX 78265-9584
518170615        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:39
                 World Financial Network National Bank,     PO Box 182125,    Columbus, OH 43218-2125
518170616       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2020 22:51:39
                 World Financial Network National Bank,     PO Box 182363,    Columbus, OH 43218-2363
                                                                                                TOTAL: 110

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank c/o PRA Receivables Management, LLC,      PO BOX 41021,    Norfolk, VA 23541-1021
518170417*      +Bureau of Housing Inspection,    PO Box 810,    Trenton, NJ 08625-0810
518170589*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Texaco,    Processing Center,    Des Moines, IA 50359)
518170444*      +Comenity Bank,    Attn: Bankruptcy,    P0 Box 182125,    Columbus, OH 43218-2125
518170445*      +Comenity Bank,    Attn: Bankruptcy,    P0 Box 182125,    Columbus, OH 43218-2125
518170448*      +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518170449*      +Comenity Bank,    P0 Box 182789,    Columbus, OH 43218-2789
518170450*      +Comenity Bank,    P0 Box 182789,    Columbus, OH 43218-2789
518170500*      +Macy's Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
518170534*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
518170531*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,     120 Corporate Blvd.,    Ste. 1,
                 Norfolk, VA 23502)
518170538*     ++PROPONENT FEDERAL CREDIT UNION,    536 WASHINGTON AVE,    NUTLEY NJ 07110-3600
               (address filed with court:  Proponent Federal Credit Union,     536 Washington Avenue,
                 Nutley, NJ 07110)
518170529*      +Portfolio Recovery,    P0 Box 41021,    Norfolk, VA 23541-1021
518170562*      +Sprint PCS,    PO Box 105243,    Atlanta, GA 30348-5243
518170570*      +Synchrony Bank,    Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
518170568*      +Synchrony Bank,    Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
518170579*      +Synchrony Bank,    P0 Box 965024,    Orlando, FL 32896-5024
```

```
District/off: 0312-2          User: admin              Page 6 of 6             Date Rcvd: May 15, 2020
                              Form ID: 137             Total Noticed: 228


           ***** BYPASSED RECIPIENTS (continued) *****
518170578*     +Synchrony Bank,   P0 Box 965015,   Orlando, FL 32896-5015
518170595*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit,   P0 Box 2730,   Torrance, CA 90509)
518170596*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corporation,   19001 South Western Avenue, TC13,
                 Torrance, CA 90509-2958)
518170602*     +Verizon Bankruptcy Inc.,   500 Technology Drive,   Saint Charles, MO 63304-2225
518170585      ##+Target,   3701 Wayzata Blvd.,   Minneapolis, MN 55416-3440
                                                                                       TOTALS: 0, * 21, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Marcia M Satchell herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```