UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4^(TH) Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARCIA SATCHELL,

DEBTOR(S)

Case No:  19-17150 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: July 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Marcia Satchell, Debtor(s)

Case no.: 19-17150 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,550.00** for services rendered and expenses in the amount **$40.00** for a total of **$1,590.00**. The allowance shall be payable

___XXXX___    through the Chapter 13 plan as an administrative priority.

_____    outside the plan.


This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.