Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−17150−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia M Satchell
   aka Marcia Satchell
   20 Thomas Street
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4662

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 18, 2019.

On 5/5/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:        June 10, 2021
Time:        08:30 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 5, 2021
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-17150-JKS
Marcia M Satchell  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 9
Date Rcvd: May 05, 2021  Form ID: 185  Total Noticed: 230

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia M Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170400 | + | Agatha Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170403 | | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 518170404 | + | American Express, 2965 W. Corporate Lakes Blvd., Fort Lauderdale, FL 33331-3626 |
| 518170402 | #+ | American Express, P0 Box 8218, Mason, OH 45040-8218 |
| 518170401 | + | American Express, Correspondence, P0 Box 981540, El Paso, TX 79998-1540 |
| 518170410 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 518170408 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518170411 | + | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518170409 | | Bank of America, PO Box 650260, Dallas, TX 75265 |
| 518170412 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518170414 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518170413 | + | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 518170415 | + | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 518170416 | + | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518300112 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518170420 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518170424 | + | Capital One Bank , NA, PO Box 21887, Saint Paul, MN 55121-0887 |
| 518293589 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518170453 | + | Credit First National, PO Box 81344, Cleveland, OH 44188-0001 |
| 518170455 | + | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 518170454 | + | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 518170456 | + | Credit First, N.A., PO Box 81410, Cleveland, OH 44181-0410 |
| 518170459 | + | Diversified Adjustment Services, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 518170468 | + | First Electronic Bank, P0 Box 4499, Beaverton, OR 97076-4499 |
| 518170477 | + | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 518170476 | + | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 518170479 | + | HUD, PO Box 105664, Atlanta, GA 30348-5664 |
| 518170469 | + | Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170474 | + | Hospital Center at Orange, Attn: Brown, Karosen, et. al., 112 Broad St., Bloomfield, NJ 07003-2576 |
| 518170473 | + | Hospital Center at Orange, PO Box 23272, Newark, NJ 07189-0001 |
| 518170482 | + | IDT, PO Box 27894, Newark, NJ 07101-7894 |
| 518170485 | + | JC Penny, PO Box 981463, El Paso, TX 79998-1463 |
| 518170483 | + | James Mayer, ESQ., PO Box 35, Westwood, NJ 07675-0035 |
| 518170484 | + | James Meyer, ESQ., 223 Old Hook Road, P0 Box 35, Westwood, NJ 07675-0035 |
| 518170490 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518170492 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518170491 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518170504 | + | MCI, 3470 Rider Trail South, Earth City, MO 63045-1109 |
| 518170502 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 518170506 | + | Midfirst Bank, 3232 West Reno, Oklahoma City, OK 73107-6130 |
| 518170505 | + | Midfirst Bank, PO Box 268950, Oklahoma City, OK 73126-8950 |
| 518170508 | | Midfirst Bank Corporation, 99 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118 |
| 518170509 | + | Midfirst Bank NA, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |

| District/off: 0312-2 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 185 | Total Noticed: 230 |

| | | |
|---|---|---|
| 518170512 | + | Midland Mortgage, PO Box 18187, Oklahoma City, OK 73154-0187 |
| 518170513 | + | Mitchell Kay, Esq., 7 Penn Plaza, New York, NY 10001-3967 |
| 518170514 | + | Montclair Radiology, 4 Brighton Road, Suite 200, Clifton, NJ 07012-1665 |
| 518170516 | + | Montclair Radiology Associates, 116 Park Street, Montclair, NJ 07042-2930 |
| 518170515 | + | Montclair Radiology Associates, 20 High Street, Nutley, NJ 07110-1198 |
| 518170517 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 518170518 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 518170519 | + | Mountainside Hospital, PO Box 30700, New York, NY 10087-0700 |
| 518170520 | + | Nationwide Credit, 2015 Vaughn Road, STE 400, Kennesaw, GA 30144-7802 |
| 518170521 | + | Nationwide Credit, Inc., PO Box 740640, Atlanta, GA 30374-0640 |
| 518241958 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518170545 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 518170542 | + | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518170541 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 518170527 | + | Patrick Sterling, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170540 | + | Proponent Federal Union FCU, 536 Washington Avenue, Nutley, NJ 07110-3600 |
| 518170551 | | RJM, PO Box 18006, Hauppauge, NY 11788 |
| 518170550 | + | RJM, 575 Under Hill Blvd., Syosset, NY 11791-3426 |
| 518170546 | + | Ralston Williams, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170547 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 518170552 | + | Sacred Heart School, 683 Bloomfield Avenue, Bloomfield, NJ 07003-2592 |
| 518170553 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 518170554 | + | Santander Financial Services, 8585 N. Stemmons Freeway, Dallas, TX 75247-3822 |
| 518170555 | + | Santander Financial Services, Inc., 8585 North Stemmons Freeway, Suite 100- North, Dallas, TX 75247-3822 |
| 518170557 | + | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 518170559 | + | Sonia Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170564 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, Trenton, NJ 08608-2401 |
| 518170563 | | State of New Jersey, Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170565 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 518170572 | + | Synchrony Bank, P0 Box 30253, Salt Lake City, UT 84130-0253 |
| 518170594 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170585 | + | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 518170583 | + | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 518170582 | + | Target, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518170584 | + | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4221 |
| 518170586 | + | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518170590 | + | The Furniture King, 116 Broad Street, Elizabeth, NJ 07201-2302 |
| 518170592 | + | Township of Bloomfield, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170591 | + | Township of Bloomfield, 1 Municipal Plaza, Bloomfield, NJ 07003-3470 |
| 518170593 | + | Township of Bloomfield NJ, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170598 | + | US Bank Custodian for Actlien, Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170597 | + | Us Bank, 2 Liberty Place, 50 South 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 518170599 | | Us Bank Custodian NA, 50th South 16th Street, Suite 1950, Philadelphia, PA 19102 |
| 518170607 | + | Waypoint Resource Group, Attn: Bankruptcy, P0 Box 1081, San Antonio, TX 78294-1081 |
| 518170609 | + | Waypoint Resource Group, 301 Sundance Pakway, Round Rock, TX 78681-8004 |
| 518170608 | + | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |
| 518170612 | + | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518170610 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518170611 | + | Wells Fargo Bank, PO Box 29746, Phoenix, AZ 85038-9746 |
| 518170613 | + | Wells Fargo Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 94

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-17150-JKS  Doc 65  Filed 05/07/21  Entered 05/08/21 00:21:16  Desc Imaged
Certificate of Notice  Page 4 of 10

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 9 |
| Date Rcvd: May 05, 2021 | Form ID: 185 | Total Noticed: 230 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/PDF: acg.acg.ebn@americaninfosource.com | May 05 2021 21:11:12 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 518170471 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 05 2021 20:25:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518170399 | + | Email/Text: EBNProcessing@afni.com | May 05 2021 20:25:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518170398 | + | Email/Text: EBNProcessing@afni.com | May 05 2021 20:25:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518170406 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 21:11:19 | American InfoSource LP, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518170405 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 21:11:19 | American Infosource Lp, P0 Box 248848, Oklahoma City, OK 73124-8848 |
| 518170407 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:11:48 | B-Line, LLC, 2101 Fourth Avenue, Suite 1030, Seattle, WA 98121-2317 |
| 518170419 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:10:37 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518170422 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:11:42 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 518170589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:13 | Texaco, Processing Center, Des Moines, IA 50359 |
| 518170470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:14 | Home Depot, Processing Center, Des Moines, IA 50364 |
| 518186734 | + | Email/Text: documentfiling@lciinc.com | May 05 2021 20:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518170418 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:11:42 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170421 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | May 05 2021 21:11:16 | Capital One Auto, 3905 North Dallas Parkway, Plano, TX 75093-7893 |
| 518187504 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 05 2021 21:11:45 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518170423 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:10:37 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518170425 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:10:37 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170429 | + | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:10:35 | Chase Bank, 2500 Westfield Drive, Elgin, IL 60124-7701 |
| 518170438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:49 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 518170434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:42 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:47 | Citibank, P0 Box 6217, Sioux Falls, SD 57117-6217 |
| 518170432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:16 | Citibank, Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518308266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:53 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518170435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:19 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518170436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:13 | Citibank/The Home Depot, P0 Box 6497, Sioux |

Case 19-17150-JKS    Doc 65    Filed 05/07/21    Entered 05/08/21 00:21:16    Desc Imaged
Certificate of Notice    Page 5 of 10

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 9 |
| Date Rcvd: May 05, 2021 | Form ID: 185 | Total Noticed: 230 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Falls, SD 57117-6497 |
| 518170437 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:14 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:16 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518170440 | + | Email/Text: documentfiling@lciinc.com | May 05 2021 20:24:00 | Comcast, PO Box 1809, Union, NJ 07083-1809 |
| 518170441 | + | Email/Text: documentfiling@lciinc.com | May 05 2021 20:24:00 | Comcast, 800 Rahway Avenue, Union, NJ 07083-6691 |
| 518170442 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518170443 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170447 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170451 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Capital, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170452 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenitycapital/modell, Po Box 182120, Columbus, OH 43218-2120 |
| 518170457 | | Email/Text: G06041@att.com | May 05 2021 20:26:00 | Directv, PO Box 78626, Phoenix, AZ 85062 |
| 518170497 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:44 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 518170498 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:42 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 518170499 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:46 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170501 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:48 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 518170503 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:14 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 518170605 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:44 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P0 Box 8053, Mason, OH 45040 |
| 518170606 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:42 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518170461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:49 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 518170460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:15 | Dsnb Bloomingdales, Attn: Recovery 'Bk', P0 Box 9111, Mason, OH 45040 |
| 518308079 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518170458 | + | Email/Text: G06041@att.com | May 05 2021 20:26:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518170462 | + | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, Attn: Bankruptcy, P0 Box 1250, Saint Cloud, MN 56395-1250 |
| 518170463 | + | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518170464 | | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 518170465 | | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut Credit Card, Attn: Axsys National Bank, |

| | | | |
|---|---|---|---|
| | | | PO Box 5033, Sioux Falls, SD 57117 |
| 518170466 | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, Inc., PO Box 900, St. Cloud, MN 56395-0900 |
| 518170467 | + Email/Text: bankruptcy@firstelectronic.com | May 05 2021 20:26:00 | First Electronic Bank, Attn: Bankruptcy, P0 Box 521271, Salt Lake City, UT 84152-1271 |
| 518170478 | + Email/Text: james.r.shear@hud.gov | May 05 2021 20:26:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 518170481 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 05 2021 21:11:09 | HUD, 451 7th Street SW, Room B-133, Washington, DC 20410-0002 |
| 518170480 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 05 2021 21:11:09 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 518170472 | Email/Text: ebnbankruptcy@ahm.honda.com | May 05 2021 20:25:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518170475 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 05 2021 21:11:09 | Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 518170486 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 518170487 | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 20:26:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 518170488 | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 20:26:00 | Jefferson Capital Systems, PO Box 953185, Saint Louis, MO 63195 |
| 518170489 | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 20:26:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518170426 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:11:07 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 518170427 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:10:35 | Chase Bank, P0 Box 15153, Wilmington, DE 19886 |
| 518170428 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:11:41 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518170430 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:10:35 | Chase Card Services, Attn: Bankruptcy, P0 Box 15298, Wilmington, DE 19850 |
| 518170431 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:10:35 | Chase Card Services, P0 Box 15298, Wilmington, DE 19850 |
| 518170493 | + Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518170494 | + Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 518170496 | + Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 518170495 | + Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 518297869 | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:11:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518305365 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 05 2021 21:11:41 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518170507 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 05 2021 21:11:08 | Midfirst Bank, 999 North West Grand Blvd., Oklahoma City, OK 73118-6051 |
| 518252267 | + Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 20:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518170511 | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 05 2021 21:11:08 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518170510 | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |

Case 19-17150-JKS    Doc 65    Filed 05/07/21    Entered 05/08/21 00:21:16    Desc Imaged
Certificate of Notice    Page 7 of 10

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 9 |
| Date Rcvd: May 05, 2021 | Form ID: 185 | Total Noticed: 230 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 05 2021 21:10:36 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 518170523 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:38 | Nordstrom Bank, PO Box 79137, Phoenix, AZ 85062-9137 |
| 518170525 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:13 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 518170524 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:59 | Nordstrom FSB, Attn: Bankruptcy, P0 Box 6555, Englewood, CO 80155-6555 |
| 518170526 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:38 | Nordstrom Visa, PO Box 78310, Phoenix, AZ 85062-8310 |
| 518170530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:45 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:39 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:12 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 518306975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:12 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518711316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518307017 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:45 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518306942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518307002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518306961 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:12 | Portfolio Recovery Associates, LLC, c/o Lord And Taylor, POB 41067, Norfolk VA 23541 |
| 518307021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:39 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518307015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, LLC, c/o Tjx Rewards Credit Card, POB 41067, Norfolk VA 23541 |
| 518170536 | | Email/Text: collections@profcu.org | May 05 2021 20:24:00 | Proponent Fcu, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170539 | | Email/Text: collections@profcu.org | May 05 2021 20:24:00 | Proponent Federal CU, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170537 | | Email/Text: collections@profcu.org | May 05 2021 20:24:00 | Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170544 | + | Email/Text: bankruptcy@pseg.com | May 05 2021 20:24:00 | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 518170543 | | Email/Text: bankruptcy@pseg.com | May 05 2021 20:24:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518170528 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:12 | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170535 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:12 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 518294103 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 19-17150-JKS    Doc 65    Filed 05/07/21    Entered 05/08/21 00:21:16    Desc Imaged
                    Certificate of Notice    Page 8 of 10

| District/off: 0312-2 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 185 | Total Noticed: 230 |

| | | | |
|---|---|---|---|
| 518280988 | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518294100 | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| | | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518170548 | + Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:11:49 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 518170549 | + Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:11:15 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 518170522 | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 05 2021 21:11:41 | Nextel Communications, PO Box 17621, Baltimore, MD 21297 |
| 518170561 | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 05 2021 21:10:36 | Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170560 | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 05 2021 21:11:42 | Sprint PCS, PO Box 8077, London, KY 40742 |
| 518170556 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:14 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 518170558 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:49 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 518170573 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 518170577 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:37 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 518170576 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | Synchrony Bank, P0 Box 965007, Orlando, FL 32896-5007 |
| 518296641 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518170575 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:04 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518170574 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518170571 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:04 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518170567 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 518170566 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170569 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | Synchrony Bank, Attn: Bankruptcy, P0 Box 956060, Orlando, FL 32896-0001 |
| 518174029 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518170580 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | May 05 2021 21:11:36 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518170581 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | May 05 2021 21:11:36 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518170588 | Email/Text: bankruptcy@td.com | May 05 2021 20:25:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 518170587 | Email/Text: bankruptcy@td.com | May 05 2021 20:25:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME |

| Recip ID | | | | |
|---|---|---|---|---|
| 518252208 | + Email/Text: bncmail@w-legal.com | | May 05 2021 20:25:00 | 04240<br>TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518292065 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | May 05 2021 21:11:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518170600 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | May 05 2021 20:24:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 518170601 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | May 05 2021 20:24:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518170603 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | May 05 2021 20:24:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518170604 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | May 05 2021 20:24:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518170614 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | May 05 2021 20:25:00 | World Financial Network Bank, PO Box 659584, San Antonio, TX 78265-9584 |
| 518170616 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | May 05 2021 20:25:00 | World Financial Network National Bank, PO Box 182363, Columbus, OH 43218-2363 |
| 518170615 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | May 05 2021 20:25:00 | World Financial Network National Bank, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 136

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518170417 | *+ | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170444 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170445 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170448 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170449 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170450 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170500 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170534 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170531 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170538 | *P++ | PROPONENT FEDERAL CREDIT UNION, 536 WASHINGTON AVE, NUTLEY NJ 07110-3600, address filed with court:, Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170529 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170562 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170578 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518170579 | *+ | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 518170570 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170568 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170595 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170596 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 518170602 | *+ | Verizon Bankruptcy Inc., 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Marcia M Satchell herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4