**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 Valuation of Security | 0 Assumption of Executory Contract or Unexpired Lease | 0 Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 19-17150 JKS

MARCIA SATCHELL,    Judge: JOHN SHERWOOD

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: MAY 5, 2021

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____HR____    Initial Debtor: _____MS_____    Initial Co-Debtor: _____

| Part 1: | Payment and Length of Plan |
|---|---|

a.  The debtor shall pay $ _____350_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on _____MAY OF 2019_____ for approximately _____36_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

   ☒    Future earnings

   ☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

   ☐  Sale of real property
   Description:
   Proposed date for completion: _____

   ☐  Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐  Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|   |   |   |   |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

i. Midfirst Bank (Midland Mortgage), mortgage against real property located at 20 Thomas St., Bloomfield, New Jersey, no arrears, loan was modified. Continued payments by the Debtor, directly to Midfirst Mortgage, no arrears.

ii. HUD, second mortgage against real property located at 20 Thomas St., Bloomfield, New Jersey, no arrears, no payments required. Partial claim from prior modification, no payments required, due on sale or otherwise.

iii. Proponent Fcu, continued payments regarding automobile loan securing a 2011 Toyota Sienna, no arrears. Continued payments by the Debtor regarding automobile loan, directly to Proponent Fcu, no arrears.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| BLOOMFIELD TOWNSHIP WATER/SEWER DEPARTMENT | UNPAID WATER AND/OR SEWER CHARGES RE: 20 THOMAS ST., BLOOMFIELD, NJ | PAYMENT IN FULL IAO $789.42 PER CLAIM |

**Part 5:    Unsecured Claims** ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees and Supp. Counsel Fees (Fully Paid before other claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: APRIL 22, 2019                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being filed consistent with the order to be entered on the motion filed by the Debtor to approve the loan modification. The Debtor has obtained a loan modification and the Court should be entering the order on that motion approving the loan modification which calls for the Debtor to file a modified plan. So the plan need not provide for a loan modification any longer. Plan term is remaining the same at thirty-six months and payments are the same amount as in the originally filed plan. Plan removes payment on tax and/or water lien (Actlien), township records were reviewed and there do not appear to be any liens, water or otherwise, against the property. Plan also removes payment of judgment and/or statutory lien(s) (Bureau of Housing Inspection and Sacred Heart) called for in the earlier plan since the lien(s) are either satisfied or will be paid through the plan or will be expiring. | Plan being filed consistent with proposed loan modification order calling for the filing of a modified plan. Payments are the same in amount as provided for in the originally filed plan. Plan removes loan modification provision because the Debtor obtained a loan modification. Plan also removes payment of tax and/or water lien and payment on other lien(s) as noted and for reasons already mentioned. No other changes to the plan. Amended income and expense schedules not to be filed contemporaneously, but to be filed shortly. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: MAY 5, 2021_____     /S/ MARCIA SATCHELL_____
                                             Debtor

Date: _____     _____
                                             Joint Debtor

Date: MAY 5, 2021_____     /S/ HERBERT B. RAYMOND, ESQ._____
                                             Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17150-JKS |
| Marcia M Satchell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 9 |
| Date Rcvd: May 05, 2021 | Form ID: pdf901 | Total Noticed: 230 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia M Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170400 | + | Agatha Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170403 | | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 518170404 | + | American Express, 2965 W. Corporate Lakes Blvd., Fort Lauderdale, FL 33331-3626 |
| 518170402 | #+ | American Express, P0 Box 8218, Mason, OH 45040-8218 |
| 518170401 | + | American Express, Correspondence, P0 Box 981540, El Paso, TX 79998-1540 |
| 518170410 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 518170408 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518170411 | + | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518170409 | | Bank of America, PO Box 650260, Dallas, TX 75265 |
| 518170412 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518170414 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518170413 | + | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 518170415 | + | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 518170416 | + | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518300112 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518170420 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518170424 | + | Capital One Bank , NA, PO Box 21887, Saint Paul, MN 55121-0887 |
| 518293589 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518170453 | + | Credit First National, PO Box 81344, Cleveland, OH 44188-0001 |
| 518170455 | + | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 518170454 | + | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 518170456 | + | Credit First, N.A., PO Box 81410, Cleveland, OH 44181-0410 |
| 518170459 | + | Diversified Adjustment Services, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 518170468 | + | First Electronic Bank, P0 Box 4499, Beaverton, OR 97076-4499 |
| 518170477 | + | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 518170476 | + | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 518170479 | + | HUD, PO Box 105664, Atlanta, GA 30348-5664 |
| 518170469 | + | Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170474 | + | Hospital Center at Orange, Attn: Brown, Karosen, et. al., 112 Broad St., Bloomfield, NJ 07003-2576 |
| 518170473 | + | Hospital Center at Orange, PO Box 23272, Newark, NJ 07189-0001 |
| 518170482 | + | IDT, PO Box 27894, Newark, NJ 07101-7894 |
| 518170485 | + | JC Penny, PO Box 981463, El Paso, TX 79998-1463 |
| 518170483 | + | James Mayer, ESQ., PO Box 35, Westwood, NJ 07675-0035 |
| 518170484 | + | James Meyer, ESQ., 223 Old Hook Road, P0 Box 35, Westwood, NJ 07675-0035 |
| 518170490 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518170492 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518170491 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518170504 | + | MCI, 3470 Rider Trail South, Earth City, MO 63045-1109 |
| 518170502 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 518170506 | + | Midfirst Bank, 3232 West Reno, Oklahoma City, OK 73107-6130 |
| 518170505 | + | Midfirst Bank, PO Box 268950, Oklahoma City, OK 73126-8950 |
| 518170508 | | Midfirst Bank Corporation, 99 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118 |
| 518170509 | + | Midfirst Bank NA, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |

| | | |
|---|---|---|
| 518170512 | + | Midland Mortgage, PO Box 18187, Oklahoma City, OK 73154-0187 |
| 518170513 | + | Mitchell Kay, Esq., 7 Penn Plaza, New York, NY 10001-3967 |
| 518170514 | + | Montclair Radiology, 4 Brighton Road, Suite 200, Clifton, NJ 07012-1665 |
| 518170516 | + | Montclair Radiology Associates, 116 Park Street, Montclair, NJ 07042-2930 |
| 518170515 | + | Montclair Radiology Associates, 20 High Street, Nutley, NJ 07110-1198 |
| 518170517 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 518170518 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 518170519 | + | Mountainside Hospital, PO Box 30700, New York, NY 10087-0700 |
| 518170520 | + | Nationwide Credit, 2015 Vaughn Road, STE 400, Kennesaw, GA 30144-7802 |
| 518170521 | + | Nationwide Credit, Inc., PO Box 740640, Atlanta, GA 30374-0640 |
| 518241958 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518170545 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 518170542 | + | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518170541 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 518170527 | + | Patrick Sterling, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170540 | + | Proponent Federal Union FCU, 536 Washington Avenue, Nutley, NJ 07110-3600 |
| 518170551 | | RJM, PO Box 18006, Hauppauge, NY 11788 |
| 518170550 | + | RJM, 575 Under Hill Blvd., Syosset, NY 11791-3426 |
| 518170546 | + | Ralston Williams, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170547 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 518170552 | + | Sacred Heart School, 683 Bloomfield Avenue, Bloomfield, NJ 07003-2592 |
| 518170553 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 518170554 | + | Santander Financial Services, 8585 N. Stemmons Freeway, Dallas, TX 75247-3822 |
| 518170555 | + | Santander Financial Services, Inc., 8585 North Stemmons Freeway, Suite 100- North, Dallas, TX 75247-3822 |
| 518170557 | + | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 518170559 | + | Sonia Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170564 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, Trenton, NJ 08608-2401 |
| 518170563 | | State of New Jersey, Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170565 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 518170572 | + | Synchrony Bank, P0 Box 30253, Salt Lake City, UT 84130-0253 |
| 518170594 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170585 | + | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 518170583 | + | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 518170582 | + | Target, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518170584 | + | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4221 |
| 518170586 | + | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518170590 | + | The Furniture King, 116 Broad Street, Elizabeth, NJ 07201-2302 |
| 518170592 | + | Township of Bloomfield, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170591 | + | Township of Bloomfield, 1 Municipal Plaza, Bloomfield, NJ 07003-3470 |
| 518170593 | + | Township of Bloomfield NJ, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170598 | + | US Bank Custodian for Actlien, Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170597 | + | Us Bank, 2 Liberty Place, 50 South 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 518170599 | | Us Bank Custodian NA, 50th South 16th Street, Suite 1950, Philadelphia, PA 19102 |
| 518170607 | + | Waypoint Resource Group, Attn: Bankruptcy, P0 Box 1081, San Antonio, TX 78294-1081 |
| 518170609 | + | Waypoint Resource Group, 301 Sundance Pakway, Round Rock, TX 78681-8004 |
| 518170608 | + | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |
| 518170612 | + | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518170610 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518170611 | + | Wells Fargo Bank, PO Box 29746, Phoenix, AZ 85038-9746 |
| 518170613 | + | Wells Fargo Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 94

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-17150-JKS    Doc 66    Filed 05/07/21    Entered 05/08/21 00:21:16    Desc Imaged
                                Certificate of Notice    Page 13 of 19

| District/off: 0312-2 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: pdf901 | Total Noticed: 230 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/PDF: acg.acg.ebn@americaninfosource.com | May 05 2021 21:11:12 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 518170471 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 05 2021 20:25:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518170399 | + | Email/Text: EBNProcessing@afni.com | May 05 2021 20:25:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518170398 | + | Email/Text: EBNProcessing@afni.com | May 05 2021 20:25:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518170406 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 21:10:45 | American InfoSource LP, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518170405 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 21:11:51 | American Infosource Lp, P0 Box 248848, Oklahoma City, OK 73124-8848 |
| 518170407 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:11:48 | B-Line, LLC, 2101 Fourth Avenue, Suite 1030, Seattle, WA 98121-2317 |
| 518170419 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:11:09 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518170422 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:11:09 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 518170589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:41 | Texaco, Processing Center, Des Moines, IA 50359 |
| 518170470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:47 | Home Depot, Processing Center, Des Moines, IA 50364 |
| 518186734 | + | Email/Text: documentfiling@lciinc.com | May 05 2021 20:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518170418 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:11:09 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170421 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | May 05 2021 21:10:44 | Capital One Auto, 3905 North Dallas Parkway, Plano, TX 75093-7893 |
| 518187504 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 05 2021 21:11:12 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518170423 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:10:37 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518170425 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 21:11:42 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170429 | + | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:11:07 | Chase Bank, 2500 Westfield Drive, Elgin, IL 60124-7701 |
| 518170438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:14 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 518170434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:45 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:41 | Citibank, P0 Box 6217, Sioux Falls, SD 57117-6217 |
| 518170432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:13 | Citibank, Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518308266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:41 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518170435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:13 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518170436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:14 | Citibank/The Home Depot, P0 Box 6497, Sioux |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Falls, SD 57117-6497 |
| 518170437 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:47 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:49 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518170440 | + | Email/Text: documentfiling@lciinc.com | May 05 2021 20:24:00 | Comcast, PO Box 1809, Union, NJ 07083-1809 |
| 518170441 | + | Email/Text: documentfiling@lciinc.com | May 05 2021 20:24:00 | Comcast, 800 Rahway Avenue, Union, NJ 07083-6691 |
| 518170442 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518170443 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170447 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170451 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenity Capital, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170452 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | Comenitycapital/modell, Po Box 182120, Columbus, OH 43218-2120 |
| 518170457 | | Email/Text: G06041@att.com | May 05 2021 20:26:00 | Directv, PO Box 78626, Phoenix, AZ 85062 |
| 518170497 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:48 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 518170498 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:48 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 518170499 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:13 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170501 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:40 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 518170503 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:47 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 518170605 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:40 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P0 Box 8053, Mason, OH 45040 |
| 518170606 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:50 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518170461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:47 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 518170460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:10:42 | Dsnb Bloomingdales, Attn: Recovery 'Bk', P0 Box 9111, Mason, OH 45040 |
| 518308079 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518170458 | + | Email/Text: G06041@att.com | May 05 2021 20:26:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518170462 | + | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, Attn: Bankruptcy, P0 Box 1250, Saint Cloud, MN 56395-1250 |
| 518170463 | + | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518170464 | | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 518170465 | | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut Credit Card, Attn: Axsys National Bank, |

Case 19-17150-JKS    Doc 66    Filed 05/07/21    Entered 05/08/21 00:21:16    Desc Imaged
                        Certificate of Notice    Page 15 of 19

| District/off: 0312-2 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: pdf901 | Total Noticed: 230 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 5033, Sioux Falls, SD 57117 |
| 518170466 | | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 20:26:00 | Fingerhut, Inc., PO Box 900, St. Cloud, MN 56395-0900 |
| 518170467 | + | Email/Text: bankruptcy@firstelectronic.com | May 05 2021 20:26:00 | First Electronic Bank, Attn: Bankruptcy, P0 Box 521271, Salt Lake City, UT 84152-1271 |
| 518170478 | + | Email/Text: james.r.shear@hud.gov | May 05 2021 20:26:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 518170481 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 05 2021 21:11:09 | HUD, 451 7th Street SW, Room B-133, Washington, DC 20410-0002 |
| 518170480 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 05 2021 21:11:09 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 518170472 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 05 2021 20:25:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518170475 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 05 2021 21:11:09 | Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 518170486 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 518170487 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 20:26:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 518170488 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 20:26:00 | Jefferson Capital Systems, PO Box 953185, Saint Louis, MO 63195 |
| 518170489 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 20:26:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518170426 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:11:07 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 518170427 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:11:07 | Chase Bank, P0 Box 15153, Wilmington, DE 19886 |
| 518170428 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:10:35 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518170430 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:11:07 | Chase Card Services, Attn: Bankruptcy, P0 Box 15298, Wilmington, DE 19850 |
| 518170431 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 21:10:36 | Chase Card Services, P0 Box 15298, Wilmington, DE 19850 |
| 518170493 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518170494 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 518170496 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 518170495 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 20:24:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 518297869 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:11:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518305365 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 05 2021 21:11:41 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518170507 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 05 2021 21:11:41 | Midfirst Bank, 999 North West Grand Blvd., Oklahoma City, OK 73118-6051 |
| 518252267 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 20:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518170511 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 05 2021 21:11:08 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518170510 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 05 2021 21:11:08 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 518170523 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:59 | Nordstrom Bank, PO Box 79137, Phoenix, AZ 85062-9137 |
| 518170525 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:13 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 518170524 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:38 | Nordstrom FSB, Attn: Bankruptcy, P0 Box 6555, Englewood, CO 80155-6555 |
| 518170526 | + | Email/Text: bnc@nordstrom.com | May 05 2021 20:24:13 | Nordstrom Visa, PO Box 78310, Phoenix, AZ 85062-8310 |
| 518170530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:39 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:13 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 518306975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518711316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518307017 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:40 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518306942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:40 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518307002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518306961 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:13 | Portfolio Recovery Associates, LLC, c/o Lord And Taylor, POB 41067, Norfolk VA 23541 |
| 518307021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:41 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518307015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:40 | Portfolio Recovery Associates, LLC, c/o Tjx Rewards Credit Card, POB 41067, Norfolk VA 23541 |
| 518170536 | | Email/Text: collections@profcu.org | May 05 2021 20:24:00 | Proponent Fcu, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170539 | | Email/Text: collections@profcu.org | May 05 2021 20:24:00 | Proponent Federal CU, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170537 | | Email/Text: collections@profcu.org | May 05 2021 20:24:00 | Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170544 | + | Email/Text: bankruptcy@pseg.com | May 05 2021 20:24:00 | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 518170543 | | Email/Text: bankruptcy@pseg.com | May 05 2021 20:24:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518170528 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:40 | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170535 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:11:46 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 518294103 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | | | | |
|---|---|---|---|---|---|
| Case 19-17150-JKS | Doc 66 | Filed 05/07/21 | Entered 05/08/21 00:21:16 | Desc Imaged | |
| | | Certificate of Notice | Page 17 of 19 | | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 9 |
| Date Rcvd: May 05, 2021 | Form ID: pdf901 | Total Noticed: 230 |

| Notice ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 518280988 | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| | | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518294100 | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518170548 | + Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:11:15 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 518170549 | + Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:10:42 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 518170522 | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 05 2021 21:11:42 | Nextel Communications, PO Box 17621, Baltimore, MD 21297 |
| 518170561 | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 05 2021 21:11:08 | Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170560 | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 05 2021 21:11:42 | Sprint PCS, PO Box 8077, London, KY 40742 |
| 518170556 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:15 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 518170558 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 21:11:12 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 518170573 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 518170577 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 518170576 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | Synchrony Bank, P0 Box 965007, Orlando, FL 32896-5007 |
| 518296641 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518170575 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:04 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518170574 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:04 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518170571 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518170567 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 518170566 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170569 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:11:38 | Synchrony Bank, Attn: Bankruptcy, P0 Box 956060, Orlando, FL 32896-0001 |
| 518174029 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 21:10:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518170580 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | May 05 2021 21:10:31 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518170581 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | May 05 2021 21:10:31 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518170588 | Email/Text: bankruptcy@td.com | May 05 2021 20:25:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 518170587 | Email/Text: bankruptcy@td.com | May 05 2021 20:25:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME |

| Recip ID | Bypass | Address Info | Date | Recipient |
|---|---|---|---|---|
| 518252208 | + | Email/Text: bncmail@w-legal.com | May 05 2021 20:25:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518292065 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 21:11:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518170600 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2021 20:24:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 518170601 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2021 20:24:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518170603 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2021 20:24:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518170604 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2021 20:24:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518170614 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | World Financial Network Bank, PO Box 659584, San Antonio, TX 78265-9584 |
| 518170616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | World Financial Network National Bank, PO Box 182363, Columbus, OH 43218-2363 |
| 518170615 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 20:25:00 | World Financial Network National Bank, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 136

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518170417 | *+ | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170444 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170445 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170448 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170449 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170450 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170500 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170534 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170531 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170538 | *P++ | PROPONENT FEDERAL CREDIT UNION, 536 WASHINGTON AVE, NUTLEY NJ 07110-3600, address filed with court:, Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170529 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170562 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170578 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518170579 | *+ | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 518170570 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170568 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170595 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170596 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 518170602 | *+ | Verizon Bankruptcy Inc., 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Marcia M Satchell herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4