Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−17150−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia M Satchell
   aka Marcia Satchell
   20 Thomas Street
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4662

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 11, 2021.

Dated: June 11, 2021
JAN: zlh

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-17150-JKS

Marcia M Satchell                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                User: admin                                           Page 1 of 9

Date Rcvd: Jun 11, 2021                              Form ID: plncf13                              Total Noticed: 230

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia M Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170400 | + | Agatha Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170403 | | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 518170401 | + | American Express, Correspondence, P0 Box 981540, El Paso, TX 79998-1540 |
| 518170404 | + | American Express, 2965 W. Corporate Lakes Blvd., Fort Lauderdale, FL 33331-3626 |
| 518170402 | #+ | American Express, P0 Box 8218, Mason, OH 45040-8218 |
| 518170408 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518170411 | + | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518170410 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 518170409 | | Bank of America, PO Box 650260, Dallas, TX 75265 |
| 518170412 | + | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518170414 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518170415 | + | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 518170413 | + | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 518170416 | + | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518300112 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518170420 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518170424 | + | Capital One Bank , NA, PO Box 21887, Saint Paul, MN 55121-0887 |
| 518293589 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518170453 | + | Credit First National, PO Box 81344, Cleveland, OH 44188-0001 |
| 518170455 | + | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 518170454 | + | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 518170456 | + | Credit First, N.A., PO Box 81410, Cleveland, OH 44181-0410 |
| 518170459 | + | Diversified Adjustment Services, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 518170468 | + | First Electronic Bank, P0 Box 4499, Beaverton, OR 97076-4499 |
| 518170477 | + | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 518170476 | + | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 518170479 | + | HUD, PO Box 105664, Atlanta, GA 30348-5664 |
| 518170469 | + | Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170473 | + | Hospital Center at Orange, PO Box 23272, Newark, NJ 07189-0001 |
| 518170474 | + | Hospital Center at Orange, Attn: Brown, Karosen, et. al., 112 Broad St., Bloomfield, NJ 07003-2576 |
| 518170482 | + | IDT, PO Box 27894, Newark, NJ 07101-7894 |
| 518170485 | + | JC Penny, PO Box 981463, El Paso, TX 79998-1463 |
| 518170483 | + | James Mayer, ESQ., PO Box 35, Westwood, NJ 07675-0035 |
| 518170484 | + | James Meyer, ESQ., 223 Old Hook Road, P0 Box 35, Westwood, NJ 07675-0035 |
| 518170490 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518170492 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518170491 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518170504 | + | MCI, 3470 Rider Trail South, Earth City, MO 63045-1109 |
| 518170502 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 518170505 | + | Midfirst Bank, PO Box 268950, Oklahoma City, OK 73126-8950 |
| 518170506 | + | Midfirst Bank, 3232 West Reno, Oklahoma City, OK 73107-6130 |
| 518170508 | | Midfirst Bank Corporation, 99 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118 |
| 518170509 | + | Midfirst Bank NA, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |

Case 19-17150-JKS    Doc 77    Filed 06/13/21    Entered 06/14/21 00:19:24    Desc Imaged
Certificate of Notice    Page 3 of 10

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 9 |
| Date Rcvd: Jun 11, 2021 | Form ID: plncf13 | Total Noticed: 230 |

| | | |
|---|---|---|
| 518170512 | + | Midland Mortgage, PO Box 18187, Oklahoma City, OK 73154-0187 |
| 518170513 | + | Mitchell Kay, Esq., 7 Penn Plaza, New York, NY 10001-3967 |
| 518170514 | + | Montclair Radiology, 4 Brighton Road, Suite 200, Clifton, NJ 07012-1665 |
| 518170516 | + | Montclair Radiology Associates, 116 Park Street, Montclair, NJ 07042-2930 |
| 518170515 | + | Montclair Radiology Associates, 20 High Street, Nutley, NJ 07110-1198 |
| 518170519 | + | Mountainside Hospital, PO Box 30700, New York, NY 10087-0700 |
| 518170518 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 518170517 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 518170520 | + | Nationwide Credit, 2015 Vaughn Road, STE 400, Kennesaw, GA 30144-7802 |
| 518170521 | + | Nationwide Credit, Inc., PO Box 740640, Atlanta, GA 30374-0640 |
| 518241958 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518170545 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 518170542 | + | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518170541 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 518170527 | + | Patrick Sterling, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170528 | + | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170540 | + | Proponent Federal Union FCU, 536 Washington Avenue, Nutley, NJ 07110-3600 |
| 518170550 | + | RJM, 575 Under Hill Blvd., Syosset, NY 11791-3426 |
| 518170551 | | RJM, PO Box 18006, Hauppauge, NY 11788 |
| 518170546 | + | Ralston Williams, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170547 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 518170552 | + | Sacred Heart School, 683 Bloomfield Avenue, Bloomfield, NJ 07003-2592 |
| 518170553 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 518170554 | + | Santander Financial Services, 8585 N. Stemmons Freeway, Dallas, TX 75247-3822 |
| 518170555 | + | Santander Financial Services, Inc., 8585 North Stemmons Freeway, Suite 100- North, Dallas, TX 75247-3822 |
| 518170557 | + | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 518170559 | + | Sonia Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170563 | | State of New Jersey, Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170565 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 518170564 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, Trenton, NJ 08608-2401 |
| 518170572 | + | Synchrony Bank, P0 Box 30253, Salt Lake City, UT 84130-0253 |
| 518170594 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170585 | + | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 518170583 | + | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 518170582 | + | Target, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518170584 | + | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4221 |
| 518170586 | + | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518170590 | + | The Furniture King, 116 Broad Street, Elizabeth, NJ 07201-2302 |
| 518170592 | + | Township of Bloomfield, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170591 | + | Township of Bloomfield, 1 Municipal Plaza, Bloomfield, NJ 07003-3470 |
| 518170593 | + | Township of Bloomfield NJ, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170598 | + | US Bank Custodian for Actlien, Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170597 | + | Us Bank, 2 Liberty Place, 50 South 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 518170599 | | Us Bank Custodian NA, 50th South 16th Street, Suite 1950, Philadelphia, PA 19102 |
| 518170609 | + | Waypoint Resource Group, 301 Sundance Pakway, Round Rock, TX 78681-8004 |
| 518170608 | + | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |
| 518170607 | + | Waypoint Resource Group, Attn: Bankruptcy, P0 Box 1081, San Antonio, TX 78294-1081 |
| 518170612 | + | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518170611 | + | Wells Fargo Bank, PO Box 29746, Phoenix, AZ 85038-9746 |
| 518170613 | + | Wells Fargo Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 518170610 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2021 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 19-17150-JKS   Doc 77   Filed 06/13/21   Entered 06/14/21 00:19:24   Desc Imaged
Certificate of Notice   Page 4 of 10

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 9 |
| Date Rcvd: Jun 11, 2021 | Form ID: plncf13 | Total Noticed: 230 |

| | | | | |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | | Jun 11 2021 22:05:54 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 518170471 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Jun 11 2021 21:04:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518170399 | + | Email/Text: EBNProcessing@afni.com | Jun 11 2021 21:04:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518170398 | + | Email/Text: EBNProcessing@afni.com | Jun 11 2021 21:04:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518170406 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 22:04:52 | American InfoSource LP, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518170405 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 22:04:52 | American Infosource Lp, P0 Box 248848, Oklahoma City, OK 73124-8848 |
| 518170407 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 22:06:03 | B-Line, LLC, 2101 Fourth Avenue, Suite 1030, Seattle, WA 98121-2317 |
| 518170419 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:04:24 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518170422 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:04:24 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 518170589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:34 | Texaco, Processing Center, Des Moines, IA 50359 |
| 518170470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:05:54 | Home Depot, Processing Center, Des Moines, IA 50364 |
| 518186734 | + | Email/Text: documentfiling@lciinc.com | Jun 11 2021 21:01:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518170418 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:05:47 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170421 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 11 2021 22:04:43 | Capital One Auto, 3905 North Dallas Parkway, Plano, TX 75093-7893 |
| 518187504 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 11 2021 22:04:33 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518170423 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:05:47 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518170425 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:04:24 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170429 | + | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 11 2021 22:05:44 | Chase Bank, 2500 Westfield Drive, Elgin, IL 60124-7701 |
| 518170438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:05:59 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 518170434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:34 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:05:55 | Citibank, P0 Box 6217, Sioux Falls, SD 57117-6217 |
| 518170432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:34 | Citibank, Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518308266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:36 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518170435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:36 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518170436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518170437 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:36 | Citibank/The Home Depot, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518170439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:36 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170440 | + | Email/Text: documentfiling@lciinc.com | Jun 11 2021 22:05:56 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518170441 | + | Email/Text: documentfiling@lciinc.com | Jun 11 2021 21:01:00 | Comcast, PO Box 1809, Union, NJ 07083-1809 |
| 518170442 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:01:00 | Comcast, 800 Rahway Avenue, Union, NJ 07083-6691 |
| 518170443 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518170447 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170451 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170452 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Capital, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170457 | | Email/Text: G06041@att.com | Jun 11 2021 21:03:00 | Comenitycapital/modell, Po Box 182120, Columbus, OH 43218-2120 |
| 518170497 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 21:04:00 | Directv, PO Box 78626, Phoenix, AZ 85062 |
| 518170498 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:34 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 518170499 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:40 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 518170501 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:05:55 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170503 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:33 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 518170605 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:32 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 518170606 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:35 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P0 Box 8053, Mason, OH 45040 |
| 518170461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:06:55 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518170460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:34 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 518308079 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2021 22:05:58 | Dsnb Bloomingdales, Attn: Recovery 'Bk', P0 Box 9111, Mason, OH 45040 |
| 518170458 | + | Email/Text: G06041@att.com | Jun 11 2021 21:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518170462 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 11 2021 21:04:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518170463 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 11 2021 21:05:00 | Fingerhut, Attn: Bankruptcy, P0 Box 1250, Saint Cloud, MN 56395-1250 |
| 518170464 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 11 2021 21:05:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518170465 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 11 2021 21:05:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |

| | | | |
|---|---|---|---|
| 518170466 | | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Jun 11 2021 21:05:00 | Fingerhut Credit Card, Attn: Axsys National Bank, PO Box 5033, Sioux Falls, SD 57117 |
| | | Jun 11 2021 21:05:00 | Fingerhut, Inc., PO Box 900, St. Cloud, MN 56395-0900 |
| 518170467 | + | Email/Text: bankruptcy@firstelectronic.com | |
| | | Jun 11 2021 21:05:00 | First Electronic Bank, Attn: Bankruptcy, P0 Box 521271, Salt Lake City, UT 84152-1271 |
| 518170478 | + | Email/Text: james.r.shear@hud.gov | |
| | | Jun 11 2021 21:05:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 518170481 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | |
| | | Jun 11 2021 22:04:24 | HUD, 451 7th Street SW, Room B-133, Washington, DC 20410-0002 |
| 518170480 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | |
| | | Jun 11 2021 22:04:24 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 518170472 | | Email/Text: ebnbankruptcy@ahm.honda.com | |
| | | Jun 11 2021 21:04:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518170475 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | |
| | | Jun 11 2021 22:04:24 | Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 518170486 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jun 11 2021 22:04:15 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 518170487 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 11 2021 21:04:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 518170488 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 11 2021 21:04:00 | Jefferson Capital Systems, PO Box 953185, Saint Louis, MO 63195 |
| 518170489 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 11 2021 21:04:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518170426 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:04:20 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 518170427 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:05:44 | Chase Bank, P0 Box 15153, Wilmington, DE 19886 |
| 518170428 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:04:20 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518170430 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:04:20 | Chase Card Services, Attn: Bankruptcy, P0 Box 15298, Wilmington, DE 19850 |
| 518170431 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:05:44 | Chase Card Services, P0 Box 15298, Wilmington, DE 19850 |
| 518170493 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Jun 11 2021 21:02:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518170494 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Jun 11 2021 21:02:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 518170496 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Jun 11 2021 21:02:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 518170495 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Jun 11 2021 21:02:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 518297869 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 11 2021 22:06:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518305365 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:04:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518170507 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:05:46 | Midfirst Bank, 999 North West Grand Blvd., Oklahoma City, OK 73118-6051 |
| 518252267 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 11 2021 21:04:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518170511 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | |
| | | Jun 11 2021 22:05:46 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |

Case 19-17150-JKS    Doc 77    Filed 06/13/21    Entered 06/14/21 00:19:24    Desc Imaged
                         Certificate of Notice    Page 7 of 10

| District/off: 0312-2 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: plncf13 | Total Noticed: 230 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518170510 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com<br>Jun 11 2021 22:04:23 | | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 518170523 | + | Email/Text: bnc@nordstrom.com<br>Jun 11 2021 21:03:22 | | Nordstrom Bank, PO Box 79137, Phoenix, AZ 85062-9137 |
| 518170525 | + | Email/Text: bnc@nordstrom.com<br>Jun 11 2021 21:03:22 | | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 518170524 | + | Email/Text: bnc@nordstrom.com<br>Jun 11 2021 21:03:21 | | Nordstrom FSB, Attn: Bankruptcy, P0 Box 6555, Englewood, CO 80155-6555 |
| 518170526 | + | Email/Text: bnc@nordstrom.com<br>Jun 11 2021 21:03:22 | | Nordstrom Visa, PO Box 78310, Phoenix, AZ 85062-8310 |
| 518170530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:04:34 | | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:05:56 | | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:05:57 | | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 518306975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:04:34 | | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518711316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:06:56 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:04:35 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518307017 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:06:55 | | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518306942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:04:34 | | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518307002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:06:55 | | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518306961 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:06:55 | | Portfolio Recovery Associates, LLC, c/o Lord And Taylor, POB 41067, Norfolk VA 23541 |
| 518307021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:06:55 | | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518307015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:04:34 | | Portfolio Recovery Associates, LLC, c/o Tjx Rewards Credit Card, POB 41067, Norfolk VA 23541 |
| 518170536 | | Email/Text: collections@profcu.org<br>Jun 11 2021 21:01:00 | | Proponent Fcu, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170539 | | Email/Text: collections@profcu.org<br>Jun 11 2021 21:01:00 | | Proponent Federal CU, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170537 | | Email/Text: collections@profcu.org<br>Jun 11 2021 21:01:00 | | Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170544 | + | Email/Text: bankruptcy@pseg.com<br>Jun 11 2021 21:01:00 | | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 518170543 | | Email/Text: bankruptcy@pseg.com<br>Jun 11 2021 21:01:00 | | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518170535 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 11 2021 22:06:55 | | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 518294103 | | Email/Text: bnc-quantum@quantum3group.com<br>Jun 11 2021 21:03:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-17150-JKS    Doc 77    Filed 06/13/21    Entered 06/14/21 00:19:24    Desc Imaged
Certificate of Notice    Page 8 of 10

| District/off: 0312-2 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: plncf13 | Total Noticed: 230 |

| | | | | |
|---|---|---|---|---|
| 518280988 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2021 21:03:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518294100 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2021 21:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518170548 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 22:04:40 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 518170549 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 22:06:03 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 518170522 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jun 11 2021 22:05:46 | Nextel Communications, PO Box 17621, Baltimore, MD 21297 |
| 518170561 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jun 11 2021 22:04:23 | Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170560 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jun 11 2021 22:04:23 | Sprint PCS, PO Box 8077, London, KY 40742 |
| 518170556 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:36 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 518170558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:36 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 518170573 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:06:54 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 518170577 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:37 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 518170576 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:38 | Synchrony Bank, P0 Box 965007, Orlando, FL 32896-5007 |
| 518296641 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518170575 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:13 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518170574 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:13 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518170571 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:37 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518170567 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:37 | Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 518170566 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:14 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170569 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:13 | Synchrony Bank, Attn: Bankruptcy, P0 Box 956060, Orlando, FL 32896-0001 |
| 518174029 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518170580 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jun 11 2021 22:05:33 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518170581 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jun 11 2021 22:05:33 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518170588 | | Email/Text: bankruptcy@td.com | Jun 11 2021 21:04:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 518170587 | | Email/Text: bankruptcy@td.com | Jun 11 2021 21:04:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 518252208 | + | Email/Text: bncmail@w-legal.com | | |

| Recip ID | | | |
|---|---|---|---|
| | | Jun 11 2021 21:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518292065 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
| | | Jun 11 2021 22:06:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518170600 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 11 2021 21:01:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 518170601 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 11 2021 21:01:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518170603 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 11 2021 21:01:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518170604 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 11 2021 21:01:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518170614 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jun 11 2021 21:03:00 | World Financial Network Bank, PO Box 659584, San Antonio, TX 78265-9584 |
| 518170616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jun 11 2021 21:03:00 | World Financial Network National Bank, PO Box 182363, Columbus, OH 43218-2363 |
| 518170615 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jun 11 2021 21:03:00 | World Financial Network National Bank, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 135

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518170417 | *+ | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170444 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170445 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170448 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170449 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170450 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170500 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170534 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170531 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170538 | *P++ | PROPONENT FEDERAL CREDIT UNION, 536 WASHINGTON AVE, NUTLEY NJ 07110-3600, address filed with court:, Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170529 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170562 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170578 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518170579 | *+ | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 518170570 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170568 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170595 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170596 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 518170602 | *+ | Verizon Bankruptcy Inc., 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 9 of 9 |
| Date Rcvd: Jun 11, 2021 | Form ID: plncf13 | Total Noticed: 230 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021                                      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
   on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
   on behalf of Debtor Marcia M Satchell herbertraymond@gmail.com
   raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
   magecf@magtrustee.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4