| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marcia M Satchell<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4662<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19–17150–JKS | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Marcia M Satchell
    aka Marcia Satchell

<u>9/6/22</u>        **By the court:** <u>John K. Sherwood</u>
    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-17150-JKS

Marcia M Satchell     Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 10
Date Rcvd: Sep 06, 2022     Form ID: 3180W     Total Noticed: 229

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia M Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170400 | + | Agatha Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170410 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 518170408 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518170416 | + | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170420 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518170479 | + | HUD, PO Box 105664, Atlanta, GA 30348-5664 |
| 518170469 | + | Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170473 | + | Hospital Center at Orange, PO Box 23272, Newark, NJ 07101-3810 |
| 518170474 | + | Hospital Center at Orange, Attn: Brown, Karosen, et. al., 112 Broad St., Bloomfield, NJ 07003-2576 |
| 518170482 | + | IDT, PO Box 27894, Newark, NJ 07101-7894 |
| 518170485 | + | JC Penny, PO Box 981463, El Paso, TX 79998-1463 |
| 518170483 | + | James Mayer, ESQ., PO Box 35, Westwood, NJ 07675-0035 |
| 518170484 | + | James Meyer, ESQ., 223 Old Hook Road, P0 Box 35, Westwood, NJ 07675-0035 |
| 518170490 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518170504 | + | MCI, 3470 Rider Trail South, Earth City, MO 63045-1109 |
| 518170502 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 518170505 | + | Midfirst Bank, PO Box 268950, Oklahoma City, OK 73126-8950 |
| 518170506 | + | Midfirst Bank, 3232 West Reno, Oklahoma City, OK 73107-6130 |
| 518170508 | | Midfirst Bank Corporation, 99 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118 |
| 518170509 | + | Midfirst Bank NA, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 518170512 | + | Midland Mortgage, PO Box 18187, Oklahoma City, OK 73154-0187 |
| 518170513 | + | Mitchell Kay, Esq., 7 Penn Plaza, New York, NY 10001-3967 |
| 518170514 | + | Montclair Radiology, 4 Brighton Road, Suite 200, Clifton, NJ 07012-1665 |
| 518170516 | + | Montclair Radiology Associates, 116 Park Street, Montclair, NJ 07042-2930 |
| 518170515 | + | Montclair Radiology Associates, 20 High Street, Nutley, NJ 07110-1198 |
| 518170519 | + | Mountainside Hospital, PO Box 30700, New York, NY 10087-0700 |
| 518170518 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 518170517 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 518170520 | + | Nationwide Credit, 2015 Vaughn Road, STE 400, Kennesaw, GA 30144-7802 |
| 518170521 | + | Nationwide Credit, Inc., PO Box 740640, Atlanta, GA 30374-0640 |
| 518241958 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518170541 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 518170545 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 518170527 | + | Patrick Sterling, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170540 | + | Proponent Federal Union FCU, 536 Washington Avenue, Nutley, NJ 07110-3600 |
| 518170550 | + | RJM, 575 Under Hill Blvd., Syosset, NY 11791-3426 |
| 518170551 | | RJM, PO Box 18006, Hauppauge, NY 11788 |
| 518170546 | + | Ralston Williams, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170552 | + | Sacred Heart School, 683 Bloomfield Avenue, Bloomfield, NJ 07003-2592 |
| 518170559 | + | Sonia Satchell, 20 Thomas Street, Bloomfield, NJ 07003-2381 |
| 518170563 | | State of New Jersey, Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |

Case 19-17150-JKS    Doc 87    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
Certificate of Notice    Page 4 of 12

| District/off: 0312-2 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 229 |

| | | |
|---|---|---|
| 518170565 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 518170564 | + | State of New Jersey, Depart of Community Affairs, 101 South Broad Street, Trenton, NJ 08608-2401 |
| 518170590 | + | The Furniture King, 116 Broad Street, Elizabeth, NJ 07201-2302 |
| 518170592 | + | Township of Bloomfield, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170591 | + | Township of Bloomfield, 1 Municipal Plaza, Bloomfield, NJ 07003-3470 |
| 518170593 | + | Township of Bloomfield NJ, 1 Municipal Plaza, Attn: Water / Sewer Department, Bloomfield, NJ 07003-3470 |
| 518170598 | + | US Bank Custodian for Actlien, Holding Inc., 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518170597 | + | Us Bank, 2 Liberty Place, 50 South 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 518170599 |   | Us Bank Custodian NA, 50th South 16th Street, Suite 1950, Philadelphia, PA 19102 |
| 518170607 | + | Waypoint Resource Group, Attn: Bankruptcy, P0 Box 1081, San Antonio, TX 78294-1081 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 06 2022 22:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 06 2022 22:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Sep 07 2022 02:23:00 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 518170471 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 06 2022 22:28:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518170399 | + | Email/Text: EBNProcessing@afni.com | Sep 06 2022 22:28:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518170398 | + | Email/Text: EBNProcessing@afni.com | Sep 06 2022 22:28:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518170404 | + | Email/PDF: bncnotices@becket-lee.com | Sep 06 2022 22:29:08 | American Express, 2965 W. Corporate Lakes Blvd., Fort Lauderdale, FL 33331-3626 |
| 518170403 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2022 22:29:17 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 518170401 | + | Email/PDF: bncnotices@becket-lee.com | Sep 06 2022 22:29:09 | American Express, Correspondence, P0 Box 981540, El Paso, TX 79998-1540 |
| 518170406 | + | EDI: AIS.COM | Sep 07 2022 02:23:00 | American InfoSource LP, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518170405 | + | EDI: AIS.COM | Sep 07 2022 02:23:00 | American Infosource Lp, P0 Box 248848, Oklahoma City, OK 73124-8848 |
| 518170407 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2022 22:29:11 | B-Line, LLC, 2101 Fourth Avenue, Suite 1030, Seattle, WA 98121-2317 |
| 518170411 | + | EDI: BANKAMER2.COM | Sep 07 2022 02:23:00 | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518170409 | | EDI: BANKAMER2.COM | Sep 07 2022 02:23:00 | Bank of America, PO Box 650260, Dallas, TX 75265 |
| 518170412 | + | EDI: TSYS2 | Sep 07 2022 02:23:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518170413 | + | EDI: TSYS2 | Sep 07 2022 02:23:00 | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 518170414 | + | EDI: TSYS2 | Sep 07 2022 02:23:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518170415 | + | EDI: TSYS2 | Sep 07 2022 02:23:00 | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 518170419 | | EDI: CAPITALONE.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 07 2022 02:23:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518170422 | | EDI: CAPITALONE.COM | | |
| | | | Sep 07 2022 02:23:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 518170589 | | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Texaco, Processing Center, Des Moines, IA 50359 |
| 518170470 | | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Home Depot, Processing Center, Des Moines, IA 50364 |
| 518186734 | + | EDI: LCIFULLSRV | | |
| | | | Sep 07 2022 02:23:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518300112 | | EDI: CRFRSTNA.COM | | |
| | | | Sep 07 2022 02:23:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518170418 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 07 2022 02:23:00 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170421 | + | EDI: CAPONEAUTO.COM | | |
| | | | Sep 07 2022 02:23:00 | Capital One Auto, 3905 North Dallas Parkway, Plano, TX 75093-7893 |
| 518187504 | + | EDI: AISACG.COM | | |
| | | | Sep 07 2022 02:23:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518170423 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 07 2022 02:23:00 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518170424 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 07 2022 02:23:00 | Capital One Bank , NA, PO Box 21887, Saint Paul, MN 55121-0887 |
| 518293589 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Sep 06 2022 22:29:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518170425 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 07 2022 02:23:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518170429 | + | EDI: JPMORGANCHASE | | |
| | | | Sep 07 2022 02:23:00 | Chase Bank, 2500 Westfield Drive, Elgin, IL 60124-7701 |
| 518170438 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 518170434 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170433 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citibank, P0 Box 6217, Sioux Falls, SD 57117-6217 |
| 518170432 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citibank, Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518308266 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518170435 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518170436 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citibank/The Home Depot, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518170437 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518170439 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518170440 | + | EDI: COMCASTCBLCENT | | |
| | | | Sep 07 2022 02:23:00 | Comcast, PO Box 1809, Union, NJ 07083-1809 |
| 518170441 | + | EDI: COMCASTCBLCENT | | |
| | | | Sep 07 2022 02:23:00 | Comcast, 800 Rahway Avenue, Union, NJ 07083-6691 |
| 518170442 | + | EDI: WFNNB.COM | | |

Case 19-17150-JKS    Doc 87    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
Certificate of Notice    Page 6 of 12

| District/off: 0312-2 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 229 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 07 2022 02:23:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518170443 | + | EDI: WFNNB.COM | | |
| | | | Sep 07 2022 02:23:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170447 | + | EDI: WFNNB.COM | | |
| | | | Sep 07 2022 02:23:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170446 | + | EDI: WFNNB.COM | | |
| | | | Sep 07 2022 02:23:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170451 | + | EDI: WFNNB.COM | | |
| | | | Sep 07 2022 02:23:00 | Comenity Capital, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170452 | + | EDI: WFNNB.COM | | |
| | | | Sep 07 2022 02:23:00 | Comenitycapital/modell, Po Box 182120, Columbus, OH 43218-2120 |
| 518170453 | + | EDI: CRFRSTNA.COM | | |
| | | | Sep 07 2022 02:23:00 | Credit First National, PO Box 81344, Cleveland, OH 44188-0001 |
| 518170455 | + | EDI: CRFRSTNA.COM | | |
| | | | Sep 07 2022 02:23:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 518170454 | + | EDI: CRFRSTNA.COM | | |
| | | | Sep 07 2022 02:23:00 | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 518170456 | + | EDI: CRFRSTNA.COM | | |
| | | | Sep 07 2022 02:23:00 | Credit First, N.A., PO Box 81410, Cleveland, OH 44181-0410 |
| 518170457 | | EDI: DIRECTV.COM | | |
| | | | Sep 07 2022 02:23:00 | Directv, PO Box 78626, Phoenix, AZ 85062 |
| 518170497 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 518170498 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 518170499 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170501 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 518170503 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 518170605 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P0 Box 8053, Mason, OH 45040 |
| 518170606 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518170461 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 518170460 | + | EDI: CITICORP.COM | | |
| | | | Sep 07 2022 02:23:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', P0 Box 9111, Mason, OH 45040 |
| 518308079 | | EDI: Q3G.COM | | |
| | | | Sep 07 2022 02:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518170458 | + | EDI: DIRECTV.COM | | |
| | | | Sep 07 2022 02:23:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518170459 | ^ | MEBN | | |
| | | | Sep 06 2022 22:24:09 | Diversified Adjustment Services, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 518170463 | + | EDI: BLUESTEM | | |
| | | | Sep 07 2022 02:23:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518170464 | | EDI: BLUESTEM | | |
| | | | Sep 07 2022 02:23:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 518170465 | | EDI: BLUESTEM | | |
| | | | Sep 07 2022 02:23:00 | Fingerhut Credit Card, Attn: Axsys National Bank, |

| ID | Method | Date | Recipient |
|---|---|---|---|
| | | | PO Box 5033, Sioux Falls, SD 57117 |
| 518170466 | EDI: BLUESTEM | Sep 07 2022 02:23:00 | Fingerhut, Inc., PO Box 900, St. Cloud, MN 56395-0900 |
| 518170467 | + Email/Text: bankruptcy@firstelectronic.com | Sep 06 2022 22:29:00 | First Electronic Bank, Attn: Bankruptcy, P0 Box 521271, Salt Lake City, UT 84152-1271 |
| 518170468 | + EDI: PHINGENESIS | Sep 07 2022 02:23:00 | First Electronic Bank, P0 Box 4499, Beaverton, OR 97076-4499 |
| 518170476 | + EDI: HFC.COM | Sep 07 2022 02:23:00 | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 518170477 | + EDI: HFC.COM | Sep 07 2022 02:23:00 | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 518170478 | + Email/Text: james.r.shear@hud.gov | Sep 06 2022 22:28:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 518170481 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 06 2022 22:29:06 | HUD, 451 7th Street SW, Room B-133, Washington, DC 20410-0002 |
| 518170480 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 06 2022 22:29:06 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 518170472 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 06 2022 22:28:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518170475 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 06 2022 22:29:06 | Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 518170486 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 518170487 | EDI: JEFFERSONCAP.COM | Sep 07 2022 02:23:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 518170488 | EDI: JEFFERSONCAP.COM | Sep 07 2022 02:23:00 | Jefferson Capital Systems, PO Box 953185, Saint Louis, MO 63195 |
| 518170489 | EDI: JEFFERSONCAP.COM | Sep 07 2022 02:23:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518170462 | EDI: BLUESTEM | Sep 07 2022 02:23:00 | Fingerhut, Attn: Bankruptcy, P0 Box 1250, Saint Cloud, MN 56395 |
| 518170426 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 518170427 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Bank, P0 Box 15153, Wilmington, DE 19886 |
| 518170428 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518170430 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Card Services, Attn: Bankruptcy, P0 Box 15298, Wilmington, DE 19850 |
| 518170431 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Card Services, P0 Box 15298, Wilmington, DE 19850 |
| 518170490 | ^ MEBN | Sep 06 2022 22:24:17 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518170493 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 06 2022 22:28:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518170494 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 06 2022 22:28:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 518170496 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 06 2022 22:28:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 518170495 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 06 2022 22:28:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 518297869 | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-17150-JKS    Doc 87    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
                        Certificate of Notice    Page 8 of 12

| District/off: 0312-2 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 229 |

| | | | |
|---|---|---|---|
| | | Sep 06 2022 22:29:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518305365 | + EDI: AISMIDFIRST | Sep 07 2022 02:23:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518170507 | + EDI: AISMIDFIRST | Sep 07 2022 02:23:00 | Midfirst Bank, 999 North West Grand Blvd., Oklahoma City, OK 73118-6051 |
| 518252267 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2022 22:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518170511 | EDI: AISMIDFIRST | Sep 07 2022 02:23:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518170510 | EDI: AISMIDFIRST | Sep 07 2022 02:23:00 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 518170523 | + Email/Text: bnc@nordstrom.com | Sep 06 2022 22:28:24 | Nordstrom Bank, PO Box 79137, Phoenix, AZ 85062-9137 |
| 518170525 | + Email/Text: bnc@nordstrom.com | Sep 06 2022 22:28:18 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 518170524 | + Email/Text: bnc@nordstrom.com | Sep 06 2022 22:28:24 | Nordstrom FSB, Attn: Bankruptcy, P0 Box 6555, Englewood, CO 80155-6555 |
| 518170526 | + Email/Text: bnc@nordstrom.com | Sep 06 2022 22:28:18 | Nordstrom Visa, PO Box 78310, Phoenix, AZ 85062-8310 |
| 518170530 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170532 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170533 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 518306975 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518711316 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711317 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518307017 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518306942 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518307002 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518306961 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, c/o Lord And Taylor, POB 41067, Norfolk VA 23541 |
| 518307021 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518307015 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, c/o Tjx Rewards Credit Card, POB 41067, Norfolk VA 23541 |
| 518170536 | Email/Text: collections@profcu.org | Sep 06 2022 22:28:00 | Proponent Fcu, 536 Washington Avenue, Nutley, NJ 07110 |
| 518170539 | Email/Text: collections@profcu.org | Sep 06 2022 22:28:00 | Proponent Federal CU, 536 Washington Avenue, Nutley, NJ 07110 |

Case 19-17150-JKS    Doc 87    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
                        Certificate of Notice    Page 9 of 12

| District/off: 0312-2 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 229 |

| | | | | |
|---|---|---|---|---|
| 518170537 | | Email/Text: collections@profcu.org | Sep 06 2022 22:28:00 | Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 519641947 | + | Email/Text: bankruptcy@pseg.com | Sep 06 2022 22:28:00 | PSE&G, PO Box 490, Attn: Bankruptcy Dept., Cranford, NJ 07016-0490 |
| 518170542 | ^ | MEBN | Sep 06 2022 22:23:50 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518170544 | + | Email/Text: bankruptcy@pseg.com | Sep 06 2022 22:28:00 | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 518170543 | | Email/Text: bankruptcy@pseg.com | Sep 06 2022 22:28:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 518170528 | + | EDI: RECOVERYCORP.COM | Sep 07 2022 02:23:00 | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170535 | + | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 518294103 | | EDI: Q3G.COM | Sep 07 2022 02:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518280988 | | EDI: Q3G.COM | Sep 07 2022 02:23:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518294100 | | EDI: Q3G.COM | Sep 07 2022 02:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518170547 | ^ | MEBN | Sep 06 2022 22:24:13 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 518170548 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2022 22:29:11 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 518170549 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2022 22:29:11 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 518170522 | | EDI: AISSPRINT | Sep 07 2022 02:23:00 | Nextel Communications, PO Box 17621, Baltimore, MD 21297 |
| 518170561 | | EDI: AISSPRINT | Sep 07 2022 02:23:00 | Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170560 | | EDI: AISSPRINT | Sep 07 2022 02:23:00 | Sprint PCS, PO Box 8077, London, KY 40742 |
| 518170553 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2022 22:28:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 518170554 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2022 22:28:00 | Santander Financial Services, 8585 N. Stemmons Freeway, Dallas, TX 75247-3822 |
| 518170555 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2022 22:28:00 | Santander Financial Services, Inc., 8585 North Stemmons Freeway, Suite 100- North, Dallas, TX 75247-3822 |
| 518170557 | + | EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 518170556 | + | EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 518170558 | + | EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 518170572 | + | EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Synchrony Bank, P0 Box 30253, Salt Lake City, UT 84130-0253 |
| 518170573 | + | EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 518170577 | + | EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 518170576 | + | EDI: RMSC.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, P0 Box 965007, Orlando, FL 32896-5007 |
| 518296641 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518170575 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518170574 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518170571 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518170567 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 518170566 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170569 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, Attn: Bankruptcy, P0 Box 956060, Orlando, FL 32896-0001 |
| 518174029 | + | EDI: RMSC.COM | | |
| | | | Sep 07 2022 02:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518170580 | | EDI: AISTMBL.COM | | |
| | | | Sep 07 2022 02:23:00 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518170581 | | EDI: AISTMBL.COM | | |
| | | | Sep 07 2022 02:23:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518170588 | | EDI: TDBANKNORTH.COM | | |
| | | | Sep 07 2022 02:23:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 518170587 | | EDI: TDBANKNORTH.COM | | |
| | | | Sep 07 2022 02:23:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 518252208 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 06 2022 22:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518170594 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Sep 06 2022 22:28:00 | Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170596 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Sep 06 2022 22:28:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 518170583 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 07 2022 02:23:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 518170585 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 07 2022 02:23:00 | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 518170584 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 07 2022 02:23:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 518170582 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 07 2022 02:23:00 | Target, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518170586 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 07 2022 02:23:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518292065 | + | EDI: AIS.COM | | |
| | | | Sep 07 2022 02:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518170600 | + | EDI: VERIZONCOMB.COM | | |
| | | | Sep 07 2022 02:23:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 518170601 | + | EDI: VERIZONCOMB.COM | | |
| | | | Sep 07 2022 02:23:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518170603 | + | EDI: VERIZONCOMB.COM | | |
| | | | Sep 07 2022 02:23:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |

Case 19-17150-JKS    Doc 87    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
                         Certificate of Notice    Page 11 of 12

| District/off: 0312-2 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 229 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518170604 | | + EDI: VERIZONCOMB.COM | Sep 07 2022 02:23:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518170609 | | ^ MEBN | Sep 06 2022 22:23:57 | Waypoint Resource Group, 301 Sundance Pakway, Round Rock, TX 78681-8004 |
| 518170608 | | ^ MEBN | Sep 06 2022 22:24:08 | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |
| 518170612 | | + EDI: WFFC.COM | Sep 07 2022 02:23:00 | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518170611 | | + EDI: WFFC.COM | Sep 07 2022 02:23:00 | Wells Fargo Bank, PO Box 29746, Phoenix, AZ 85038-9746 |
| 518170610 | | + EDI: WFFC.COM | Sep 07 2022 02:23:00 | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518170613 | | + EDI: WFCBO | Sep 07 2022 02:23:00 | Wells Fargo Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 518170614 | | EDI: WFNNB.COM | Sep 07 2022 02:23:00 | World Financial Network Bank, PO Box 659584, San Antonio, TX 78265-9584 |
| 518170616 | | + EDI: WFNNB.COM | Sep 07 2022 02:23:00 | World Financial Network National Bank, PO Box 182363, Columbus, OH 43218-2363 |
| 518170615 | | EDI: WFNNB.COM | Sep 07 2022 02:23:00 | World Financial Network National Bank, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 178

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518170417 | *+ | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518170444 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170445 | *+ | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518170448 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518170449 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170450 | *+ | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518170500 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518170534 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518170531 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 518170538 | *P++ | PROPONENT FEDERAL CREDIT UNION, 536 WASHINGTON AVE, NUTLEY NJ 07110-3600, address filed with court:, Proponent Federal Credit Union, 536 Washington Avenue, Nutley, NJ 07110 |
| 519661927 | *+ | PSE&G, PO Box 490, Attn: Bankruptcy Dept, Cranford, NJ 07016-0490 |
| 518170529 | *+ | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 518170562 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 518170578 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518170579 | *+ | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 518170570 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170568 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518170595 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, P0 Box 2730, Torrance, CA 90509 |
| 518170602 | *+ | Verizon Bankruptcy Inc., 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518170402 | ##+ | American Express, P0 Box 8218, Mason, OH 45040-8218 |
| 518170491 | ##+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518170492 | ##+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 20 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Marcia M Satchell herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4